UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SASHA NICOLE PRINGLE,

    Petitioner,

v.                                                                    Case No. 3:20-cv-35-HES-PDB

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS,
and FLORIDA ATTORNEY GENERAL,

    Respondents.
_____

## ORDER

**THIS CAUSE** comes before the Court after a remand by the Eleventh Circuit "with instructions to dismiss Ground Six of Pringle's petition for writ of habeas corpus" as procedurally barred. (Doc. 19 at 3, 22). The mandate was issued on April 9, 2025. (Doc. 22).

Accordingly, after due consideration, it is

**ORDERED**:

1.    The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. Ground Six is **DISMISSED** as procedurally barred. This action is **DISMISSED with prejudice.**

2.   The Court's Order (Doc. 9) and Judgment (Doc. 10) are **vacated as to Ground Six**.

3.   The **Clerk** shall reopen this case, enter an amended judgment dismissing this action with prejudice, and close the case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of April, 2025.

HARVEY E. SCHLESINGER
United States District Judge

JAX-11 4/16
c:
Counsel of Record